# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                           )    Criminal No. 12-288
          v.            )
                           )    Judge Cathy Bissoon
CHRISTINE ANN KEBR,      )
                           )
         Defendant.    )

## PLEA

AND NOW, this 6th day of December, 2012, the Defendant

in the above entitled case, Christine Ann Kebr, pleads guilty in

open court to Count I of the Information.

*Christine Ann Kebr*
_____
(Defendant's Signature)

_____
(Attorney for Defendant)